

FILED by **TM** D.C.
ELECTRONIC

Nov 19, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 13-14057-CR-MARTINEZ/LYNCH

Case No. _____

21 U.S.C. §846
21 U.S.C. §841(a)(1)
18 U.S.C. §2

UNITED STATES OF AMERICA

vs.

**GIPSON LAPOINTE,**
    a/k/a "El Zho,"
**CLEOPHAS A. BROWN,**
    a/k/a "Cleo,"
**ALPHONSIA JOYCELYN MAXIME,**
    a/k/a "Funzzy,"
    a/k/a "Fuzz,"
**ALEX GUERRIER,**
    a/k/a "Spook,"
**ROBIN JEAN GUILLAUME,**
and
**NIKKIE SHARDAY BENNETT,**
    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or around January 1, 2013, the exact date being unknown to the Grand Jury, through on or about November 15, 2013, in Highlands, Broward, and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants,

**GIPSON LAPOINTE,**
a/k/a "El Zho,"

**CLEOPHAS A. BROWN,**
a/k/a "Cleo,"
**ALPHONSIA JOYCELYN MAXIME,**
a/k/a "Funzzy,"
a/k/a "Fuzz,"
**ALEX GUERRIER,**
a/k/a "Spook,"
**ROBIN JEAN GUILLAUME,**
and
**NIKKIE SHARDAY BENNETT,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

On or about April 23, 2013, in Highlands County in the Southern District of Florida, and elsewhere, the defendants,

**GIPSON LAPOINTE,**
a/k/a "El Zho,"
**ALPHONSIA JOYCELYN MAXIME**
a/k/a "Funzzy,"
a/k/a "Fuzz,"
**ALEX GUERRIER,**
a/k/a "Spook,"
and
**ROBIN JEAN GUILLAUME,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

On or about June 7, 2013, in Highlands County in the Southern District of Florida, and elsewhere, the defendants,

**GIPSON LAPOINTE,**
a/k/a "El Zho,"
**CLEOPHAS A. BROWN,**
a/k/a "Cleo,"
**ALEX GUERRIER,**
a/k/a "Spook,"
and
**NIKKIE SHARDAY BENNETT,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 through 3 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which any of the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2).

2.	Upon conviction of any violation of Title 21, United States Code, Sections 846 and 841, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property of the defendants used or intended to be used in any manner or part, to commit, or to facilitate the commission of such violation(s).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JENNIFER C. MILLIEN
ASSISTANT UNITED STATES ATTORNEY

4

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| GIPSON LAPOINTE<br>a/k/a "El Zho," et al.<br>                    Defendants.<br>_____/ | **CERTIFICATE OF TRIAL ATTORNEY\***<br><br>Superseding Case Information: |

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| Miami ___ | Key West ___ | | New Defendant(s) | Yes ___ ___ |
| FTL ___ | WPB ___ | FTP _X_ | Number of New Defendants ___<br>Total number of counts ___ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     Yes_____
   List language and/or dialect     Creole_____

4. This case will take     2-3     weeks for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | _X_ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)     No
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     Yes
   If yes:   Magistrate Case No.                                        _____
   Related Miscellaneous numbers:                                  _____
   Defendant(s) in federal custody as of                              _____
   Defendant(s) in state custody as of                                 _____
   Rule 20 from the
   District of                                                                    _____

Is this a potential death penalty case? (Yes or No)     ___ Yes     _X_ No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ___ Yes     _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     ___ Yes     _X_ No

                                                              _____
                                                              JENNIFER C. MILLIEN
                                                              ASSISTANT UNITED STATES ATTORNEY
                                                              Florida Bar No. 171700

\*Penalty Sheet(s) attached                                                                 REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** Gipson LaPointe, a/k/a "El Zho"

Case No. _____

Count # 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance, namely five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

**\*Max. Penalty:**   10 years mandatory minimum term of imprisonment up to a maximum of life imprisonment, 5 years mandatory minimum term of supervised release up to life, $10 million fine.

Count # 2:

Possession with Intent to Distribute a Controlled Substance, namely five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

**\*Max. Penalty:**   5 years mandatory minimum term of imprisonment up to a maximum of (40) years imprisonment, 4 years mandatory minimum term of supervised release up to life, $10 million fine.

Count # 3:

Possession with Intent to Distribute a Controlled Substance, namely five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

**\*Max. Penalty:**    5 years mandatory minimum term of imprisonment up to a maximum of forty (40) years imprisonment, 4 years mandatory minimum term of supervised release up to life, $10 million fine.

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   Cleophas A. Brown, a/k/a "Cleo"

Count # 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance, namely five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

**\*Max. Penalty:**   10 years mandatory minimum term of imprisonment up to a maximum of life imprisonment, 5 years mandatory minimum term of supervised release up to life, $10 million fine.

Count # 3:

Possession with Intent to Distribute a Controlled Substance, namely five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

**\*Max. Penalty:**   5 years mandatory minimum term of imprisonment up to a maximum of forty (40) years imprisonment, 4 years mandatory minimum term of supervised release up to life, $10 million fine.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** Alphonsia Joycelyn Maxime, a/k/a "Funzzy," a/k/a "Fuzz,"

Count # 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance, namely five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

**\*Max. Penalty:** 10 years mandatory minimum term of imprisonment up to a maximum of life imprisonment, 5 years mandatory minimum term of supervised release up to life, $10 million fine.

Count # 2:

Possession with Intent to Distribute a Controlled Substance, namely five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

**\*Max. Penalty:** 5 years mandatory minimum term of imprisonment up to a maximum of (40) years imprisonment, 4 years mandatory minimum term of supervised release up to life, $10 million fine.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Alex Guerrier, a/k/a "Spook"

Count # 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance, namely five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

**\*Max. Penalty:** 10 years mandatory minimum term of imprisonment up to a maximum of life imprisonment, 5 years mandatory minimum term of supervised release up to life, $10 million fine.

Count # 2:

Possession with Intent to Distribute a Controlled Substance, namely five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

**\*Max. Penalty:** 5 years mandatory minimum term of imprisonment up to a maximum of (40) years imprisonment, 4 years mandatory minimum term of supervised release up to life, $10 million fine.

Count # 3:

Possession with Intent to Distribute a Controlled Substance, namely five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

*Max. Penalty:        5 years mandatory minimum term of imprisonment up to a maximum of forty (40) years imprisonment, 4 years mandatory minimum term of supervised release up to life, $10 million fine.

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  Robin Jean Guillaume

Count # 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance, namely five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

**\*Max. Penalty:**   10 years mandatory minimum term of imprisonment up to a maximum of life imprisonment, 5 years mandatory minimum term of supervised release up to life, $10 million fine.

Count # 2:

Possession with Intent to Distribute a Controlled Substance, namely five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

**\*Max. Penalty:**   5 years mandatory minimum term of imprisonment up to a maximum of (40) years imprisonment, 4 years mandatory minimum term of supervised release up to life, $10 million fine.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Nikkie Sharday Bennett

Case No._____

Count # 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance, namely five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

**\*Max. Penalty:** 10 years mandatory minimum term of imprisonment up to a maximum of life imprisonment, 5 years mandatory minimum term of supervised release up to life, $10 million fine.

Count # 3:

Possession with Intent to Distribute a Controlled Substance, namely five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

**\*Max. Penalty:** 5 years mandatory minimum term of imprisonment up to a maximum of forty (40) years imprisonment, 4 years mandatory minimum term of supervised release up to life, $10 million fine.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**